## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEANNA J. CHANG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-cv-00871 (PLF) |
| ) | |
| DISTRICT OF COLUMBIA ) | |
| DEPARTMENT OF CONSUMER ) | |
| AND REGULATORY AFFAIRS, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**DEFENDANTS' MOTION FOR ENLARGEMENT OF
TIME TO FILE A RESPONSIVE PLEADING**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendants District of Columbia Department of Regulatory and Consumer Affairs, Mayor Adrian M. Fenty, Linda K. Argo, and Don Masoero ("Defendants") hereby move for enlargement of time for them to file a pleading responsive to Plaintiff's Complaint. Defendants request that the Court extend its deadline to file a responsive pleading to July 3, 2008.

Undersigned counsel respectfully requests this extension for the following reasons:

1. The District of Columbia Department of Consumer and Regulatory Affairs Commercial and Residential Inspectors recently relocated offices. Because of the physical relocation of the office, many of the inspection files, including those relating to Plaintiff's claims, remain in storage pending completion of the set up in the new facility.

2. Plaintiff has filed her complaint against four separate Defendants, two of whom have been sued in both their official and individual capacities. Undersigned

1

    counsel is requesting this enlargement to gather information from each Defendant relevant to the multiple claims asserted by Plaintiff.

3. Although Plaintiff filed her complaint on May 21, 2008, undersigned counsel did not receive the file until May 27, 2008. Counsel for Defendants requests the extension to investigate Plaintiff's claims, to prepare the appropriate responsive pleading, and to address other work obligations unrelated to Plaintiff's suit.

    A Memorandum of Points and Authorities in Support of the Motion and a proposed Order are attached hereto. In accordance with LCvR 7(m), Defendants have requested the consent of the Plaintiff for the relief requested herein. Plaintiff does not consent.

    Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Ellen A. Efros
ELLEN A. EFROS [250746]
Chief, Equity I

/s/ Chad Copeland
CHAD COPELAND[1]
Assistant Attorney General
441 Fourth Street, N.W.
Suite 600 South
Washington, D.C. 20001
(202) 724-6623 (telephone)
(202) 727-0431 (fax)
chad.copeland@dc.gov

---

[1] DC Bar Application pending. Member of Texas Bar in good standing. Authorized by the Office of the Attorney General for the District of Columbia to provide legal services pursuant to Rules of the United States District Court for the District of Columbia Local Rules 83.2(d) and 83.2(e).

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 30th day of May, 2008, I caused the foregoing document to be filed with the Clerk of the Court using the United States Electronic Filing system, which will send notification of such filing to:

DEANNA J. CHANG<br>
1315 Irving St. NW<br>
Washington, DC  20012

      By:    <u>/s/ Chad Copeland/s/</u>
                 CHAD COPELAND
                 Assistant Attorney General

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DEANNA J. CHANG, | ) |
|        Plaintiff, | ) |
| v. | ) Civil Action No. 08-cv-00871 (PLF) |
| DISTRICT OF COLUMBIA DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS, *et al.*, | ) |
|        Defendants. | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSIVE PLEADING**

Defendants District of Columbia Department of Regulatory and Consumer Affairs, Mayor Adrian M. Fenty, Linda K. Argo, and Don Masoero ("Defendants") hereby move for enlargement of time for them to file a pleading responsive to Plaintiff's Complaint. Defendants request that the Court extend its deadline to file a responsive pleading to July 3, 2008.

In support of this Motion, Defendants rely upon the following:

1. FED. R. CIV. P. 6(b);

2. Inherent equitable power of the Court;

3. Plaintiff will not be prejudiced by extending Defendants' deadline to file a responsive pleading. An extension of fewer than three weeks will not prejudice the merits of Plaintiff's suit.

A proposed Order is attached for the Court's consideration.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Ellen A. Efros
ELLEN A. EFROS [250746]
Chief, Equity I

/s/ Chad Copeland
CHAD COPELAND[2]
Assistant Attorney General
441 Fourth Street, N.W.
Suite 600 South
Washington, D.C. 20001
(202) 724-6623 (telephone)
(202) 727-0431 (fax)
chad.copeland@dc.gov

---

[2]  DC Bar Application pending.  Member of Texas Bar in good standing.  Authorized by the Office of the Attorney General for the District of Columbia to provide legal services pursuant to Rules of the United States District Court for the District of Columbia Local Rules 83.2(d) and 83.2(e).

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEANNA J. CHANG, | ) |
|     Plaintiff, | ) |
| v. | ) Civil Action No. 08-cv-00871 (PLF) |
| DISTRICT OF COLUMBIA DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS, *et al.*, | ) |
|     Defendants. | ) |

## ORDER

Upon consideration of **DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSIVE PLEADING** and the entire record herein, it is this _____ day of _____, 2008 hereby

**ORDERED** that the Defendants' Motion is **GRANTED**; and it is further

**ORDERED** that Defendants' deadline to file a pleading responsive to Plaintiff's complaint is July 3, 2008.

_____
HON. PAUL L. FRIEDMAN
United States District Court,
District of Columbia

Copies to:

Deanna J. Chang
1315 Irving St. NW
Washington, DC  20012

Chad Copeland
Office of the Attorney General
441 4th Street NW, Suite 600 South
Washington, DC 20001

1