# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEANNA J. CHANG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-cv-00871 (PLF) |
| ) | |
| DISTRICT OF COLUMBIA ) | |
| DEPARTMENT OF CONSUMER ) | |
| AND REGULATORY AFFAIRS, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## AMENDED CERTIFICATE OF SERVICE REGARDING DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSIVE PLEADING

I hereby certify that on the 30th day of May, 2008, I caused **DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSIVE PLEADING** to be served on Plaintiff via email at the following email address:

morleymash@yahoo.com

Additionally, I hereby certify that on the 3rd day of June, 2008, I caused **DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSIVE PLEADING** to be served on Plaintiff via United States mail, postage paid at:

DEANNA J. CHANG
1315 Irving St. NW
Washington, DC  20012


By:     /s/ Chad Copeland/s/
        CHAD COPELAND
        Assistant Attorney General