**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DEANNA J. CHANG, : | |
| Plaintiff, : | |
| v. : | Civ. A. No.:  08-cv-00871 (PLF) |
| DISTRICT OF COLUMBIA : | |
| DEPARTMENT OF CONSUMER AND : | |
| REGULATORY AFFAIRS, *et al.* : | |
| Defendants. : | |

**JOINT REPORT REGARDING SCHEDULING
MATTERS ASSOCIATED WITH PLAINTIFF'S
MOTION FOR A PRELIMINARY INJUNCTION**

Plaintiff and counsel for Defendants propose the following schedule for matters relating to Plaintiff's Motion for a Preliminary Injunction, filed May 21, 2008:

1. On or before June 5, 2008, Defendants shall file their Opposition to Plaintiff's Motion for a Preliminary Injunction;

2. On or before June 17, 2008, Plaintiff shall file her Reply to Defendants' Opposition;

3. Plaintiff and counsel for Defendants propose that a hearing on the Motion for a Preliminary Injunction be held on June 18, June 19, June 23 or June 24, 2008.

Based on the schedule above, Plaintiff withdraws any objection she had to Defendants' Motion for Enlargement of Time to File a Pleading Responsive to the Complaint, and consents to Defendants filing their Responsive Pleading on or before July 3, 2008.

Respectfully Submitted,

FOR PLAINTIFF,

/s/ Deanna J. Chang, Esq._____
Deanna J. Chang, Esq.
DC Bar No. 458381
1315 Irving St. NW
Washington, DC 20010
t:  202.486.3221
e: morleymash@yahoo.com

FOR DEFENDANTS,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE  C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Ellen A. Efros_____
ELLEN A. EFROS [250746]
Chief, Equity I

/s/ Chad Copeland_____
CHAD COPELAND[1]
Assistant Attorney General
441 Fourth Street, N.W.
Suite 600 South
Washington, D.C. 20001
(202) 724-6623 (telephone)
(202) 727-0431 (fax)
chad.copeland@dc.gov

---

[1]  DC Bar Application pending.  Member of Texas Bar in good standing.  Authorized by the Office of the Attorney General for the District of Columbia to provide legal services pursuant to Rules of the United States District Court for the District of Columbia Local Rules 83.2(d) and 83.2(e).

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DEANNA J. CHANG,** : <br> : <br> **Plaintiff,** : <br> v. : <br> : <br> **DISTRICT OF COLUMBIA** : <br> **DEPARTMENT OF CONSUMER AND** : <br> **REGULATORY AFFAIRS,** *et al.* : <br> : <br> **Defendants.** : <br> : | Civ. A. No.: 08-cv-00871 (PLF) |

**ORDER**

Upon consideration of the Joint Report Regarding Scheduling Matters, it is hereby ORDERED that:

4. On or before June 5, 2008, Defendants shall file their Opposition to Plaintiff's Motion for a Preliminary Injunction;

5. On or before June 17, 2008, Plaintiff shall file her Reply to Defendants' Opposition;

6. Plaintiff and counsel for Defendants propose that a hearing on the Motion for a Preliminary Injunction be held on June 18, June 19, June 23 or June 24, 2008; and

7. Defendants shall file their Responsive Pleading(s) to Plaintiff's Complaint on or before July 3, 2008.

Dated: _____          _____
                                    HON. PAUL L. FRIEDMAN
                                    United States District Court Judge

1

<u>Copies to:</u>

Deanna J. Chang
1315 Irving St. NW
Washington, DC  20012

Chad Copeland
Office of the Attorney General
441 4th Street NW, Suite 600 South
Washington, DC 20001