RECEIVED
JUN 0 3 2008
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEANNA J. CHANG, <br><br> Plaintiff, <br><br> v. <br><br> DISTRICT OF COLUMBIA DEPARTMENT OF CONSUMER AND REGULATORY AFFAIRS, *et al.* <br><br> Defendants. | Civ. A. No.: 08-cv-00871 (PLF) |

## MOTION FOR CM/ECF PASSWORD

Pursuant to Local Rule 5.4(b), LCvR 5.4(b), Plaintiff, Deanna J. Chang, files this Motion seeking a CM/ECF password and in support thereof states as follows:

1. I am an attorney licensed to practice law in the District of Columbia, and have an CM/ECF password in this Court for cases relating to my job.

2. I am proceeding *pro se* in this matter, and therefore, use of my existing CM/ECF password is not appropriate.

3. I have access to the internet at home and am able to file and receive documents electronically on a regular basis.

4. Pursuant to LCvR 7(m), I have consulted with Mr. Copeland, counsel for Defendants, and he does not object to this Motion.

For the reasons set forth above, Plaintiff respectfully requests leave of Court to obtain an additional CM/ECF password for use in this case.

Dated: 6/3/08

Respectfully Submitted,

Deanna J. Chang, Esq.
DC Bar No. 458381
1315 Irving St. NW
Washington, DC 20010
t: 202.486.3221
e: morleymash@yahoo.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day I caused the foregoing Motion for CM/ECF Password via email and First Class Mail on

Chad Copeland
Assistant Attorney General
441 Fourth St., NW
Suite 600 South
Washington, DC 20001

Dated: 6/3/08

_____
Deanna J. Chang

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEANNA J. CHANG,

        Plaintiff,

v.

    Civ. A. No.: 08-cv-00871 (PLF)

DISTRICT OF COLUMBIA
DEPARTMENT OF CONSUMER AND
REGULATORY AFFAIRS, *et al.*

        Defendants.

ORDER

Upon consideration of Plaintiff's Motion for CM/ECF Password, it is hereby ORDERED that Plaintiff's Motion is GRANTED, and Plaintiff may apply for a CM/ECF password for this case.

Dated: _____, 2008

        _____
        HON. PAUL L. FRIEDMAN
        United States District Court Judge