UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Deanna J. Chang<br><br>**Plaintiff**<br><br>v.<br><br>District of Columbia Department of Consumer and Regulatory Affairs, et al.<br><br>Defendant(s) | )<br>)<br>)<br>)<br>)<br>) Case No.: 1:08-cv-00871 PLF<br>)<br>)<br>)<br>)<br>)<br>) |

### AFFIDAVIT OF SERVICE

RECEIVED
JUN - 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

to wit: Washington, DC

I, Wesley Jennings, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, Complaint with Exhibits, Motion for a Preliminary Injunction, [Proposed] Order, and Exhibits on Mayor Adrian M. Fenty in the above entitled case, hereby depose and say:

That I am over the age of eighteen and that I am not a party to or otherwise interested in this suit.

That my place of business is 1827 18th Street, NW, Washington, DC 20009-5526  (202) 667-0050.

That on May 21, 2008 at 3:36 PM, I served the within Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, Complaint with Exhibits, Motion for a Preliminary Injunction, [Proposed] Order, and Exhibits on Mayor Adrian M. Fenty at 1350 Pennsylvania Avenue, NW, Suite 310, Washington, DC 20004 by serving Tabatha Braxton, Staff Assistant, authorized to accept. Described herein:

Gender: Female   Race/Skin: Black   Hair: Black   Age: 42   Height: 5'6"   Weight: 140

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

5-22-08
Executed on:

*Wesley Jennings* (signature)
Wesley Jennings
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-002461                                                                 Client Reference: N/A