## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Deanna J. Chang | ) |
| | ) |
| | ) |
| | ) |
| **Plaintiff** | ) |
| | ) **Case No.: 1:08-cv-00871 PLF** |
| **v.** | ) |
| | ) |
| **District of Columbia Department of Consumer and** | ) |
| **Regulatory Affairs, et al.** | ) |
| | ) |
| **Defendant(s)** | ) |

**RECEIVED**

JUN – 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Ambiko Guice, having been duly authorized to make service of the Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, Complaint with Exhibits, Motion for a Preliminary Injunction, [Proposed] Order, and Exhibits on Don Masoero, in his official capacity in the above entitled case, hereby depose and say:

That I am over the age of eighteen and that I am not a party to or otherwise interested in this suit.

That my place of business is 1827 18th Street, NW, Washington, DC 20009-5526  (202) 667-0050.

That on May 21, 2008 at 4:20 PM, I served the within Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Initial Electronic Case Filing Order, Complaint with Exhibits, Motion for a Preliminary Injunction, [Proposed] Order, and Exhibits on Don Masoero, in his official capacity at Department of Consumer and Regulatory Affairs, DC General Campus - CORE Building, 1900 Massachusetts Avenue, SW, First Floor, Washington, DC 20002 by serving Philip Pugh, Housing Inspection Manager, authorized to accept.  Described herein:

Gender: Male    Race/Skin: Black    Hair: Black    Age: 47    Height: 5'11"    Weight: 185

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

5/23/08
Executed on:

Ambiko Guice
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-002465

Client Reference: N/A

**CAPITOL PROCESS SERVICES, INC. • 1827 18th Street, NW, Washington, DC 20009-5526 • (202) 667-0050**