UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUN 1 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DEANNA J. CHANG,                     :
                                     :
               Plaintiff,            :
          v.                         :      Civ. A. No.:  08-cv-00871 (PLF)
                                     :
DISTRICT OF COLUMBIA                 :
DEPARTMENT OF CONSUMER AND           :
REGULATORY AFFAIRS, *et al.*         :
                                     :
               Defendants.           :
                                     :

**PLAINTIFF'S MOTION TO EXCLUDE DEFENDANTS'
SUPPLEMENTAL OPPOSITION TO PLAINTIFF'S
MOTION FOR A PRELIMINARY INJUNCTION**

Plaintiff, Deanna J. Chang, files this motion seeking exclusion of Defendants'

Supplemental Opposition to Plaintiff's Motion for a Preliminary Injunction and the affidavits of

Michael Pearson and Don J. Masoero.  In support of this Motion, Plaintiff avers the following:

1.    Defendants Supplemental Opposition was not filed until the afternoon of June 19,

      2008, less than 24 hours before the scheduled hearing on Plaintiff's Motion for a

      Preliminary Injunction;

2.    Plaintiff and counsel for Defendants discussed and agreed upon the schedule for

      briefing the Preliminary Injunction on June 2, 2008.  There was no discussion at that

      time of Defendants filing a response to Plaintiff's Reply brief, nor was there any

      provision in the Joint Scheduling Report nor in the Scheduling Order permitting

      additional briefing or submission of evidence after Plaintiff's Reply brief was

      submitted on June 17, 2008.

3.  Defendants state that "[i]n the time since Defendants initially opposed Plaintiff's Motion for a Preliminary Injunction, additional information has been acquired that may aid the Court in its determination of Plaintiff's motion."

4.  None of the information presented in the affidavits is new information. There is no reason why Defendants could not have obtained these affidavits prior to filing their Opposition brief.

5.  Some of the statements in the affidavit of Don J. Masoero are inaccurate and false.

6.  Plaintiff contacted counsel for Defendant upon receipt of the affidavits at approximately 6 pm on June 19, 2008. Plaintiff inquired as to whether Mr. Masoero would be attending the hearing the following morning, because she would like to ask him questions regarding his affidavit.

7.  Mr. Copeland informed Plaintiff that Mr. Masoero would not be attending the hearing the following morning, and that he was not obligated to produce live witnesses in the absence of 72 hours prior notice.

8.  Allowing Defendants to present evidence at the eleventh hour, none of which is new, and all of which could have been included in their Opposition brief would be patently unfair, particularly when Defendants are refusing to make the affiants available for cross-examination.

9.  Pursuant to LCvR 7(m), Plaintiff has consulted with counsel for Defendants, who opposes this motion.

For the reasons set forth above, Plaintiff respectfully requests that this Court exclude the

Supplemental Opposition filed by Defendants on June 19, 2008, and the two attachments thereto.

Respectfully Submitted,

Dated:  June 19, 2008

DEANNA J. CHANG
DC Bar No. 458381
1315 Irving St. NW
Washington, DC 20010
ph:  202.486.3221
email:  morleymash@yahoo.com

3

CERTIFICATE OF SERVICE

I, Deanna J. Chang, do hereby certify that on this date I served the foregoing "Plaintiff's

Motion to Exclude Defendants' Supplemental Opposition to Plaintiff's Motion for a

Preliminary Injunction" and proposed Order by email and First Class Mail on:

Chad Copeland
Assistant Attorney General
441 Fourth Street, NW
Suite 600 South
Washington, DC 20001
chad.copeland@dc.gov

6|19|2008

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| DEANNA J. CHANG, | : |
| | : |
| Plaintiff, | : |
| v. | :     Civ. A. No.:  08-cv-00871 (PLF) |
| | : |
| DISTRICT OF COLUMBIA | : |
| DEPARTMENT OF CONSUMER AND | : |
| REGULATORY AFFAIRS, *et al.* | : |
| | : |
| Defendants. | : |
| | : |

**ORDER**

Upon consideration of Plaintiff's Motion to Exclude Defendants' Supplemental Opposition to Plaintiff's Motion for A Preliminary Injunction, it is hereby ORDERED that Plaintiff's Motion is GRANTED, and Defendants' Supplemental Opposition to Plaintiff's Motion for a Preliminary Injunction will be excluded from consideration.

Dated: _____, 2008        _____

                                              HON. PAUL L. FRIEDMAN
                                              United States District Court Judge