UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEANNA J. CHANG,<br><br>          **Plaintiff**,<br>v.<br><br>DISTRICT OF COLUMBIA<br>DEPARTMENT OF CONSUMER AND<br>REGULATORY AFFAIRS, *et al.*<br><br>          **Defendants**. | Civ. A. No.: 08-cv-00871 (PLF) |

**JOINT REPORT OF THE PARTIES REGARDING
STATUS OF MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff and Defendants file this Joint Report as required by this Court's Minute Entry following the hearing on Plaintiff's Motion for a Preliminary Injunction on June 20, 2008. The parties have been in communication over the past several days, and the following has resulted from those communications:

1. Plaintiff was informed on Wednesday, June 25, 2008 that the Stop Work Order was lifted and that work on her house can resume.

2. On Wednesday, June 25, 2008, Defendant provided Plaintiff with an email from Defendant Masoero directing the Stop Work Order be lifted.

3. The "Property Hold" on 1315 Irving Street NW, Washington, DC was removed from DCRA's property database on Thursday, June 26, 2008..

4. Also on Thursday, June 26, 2008, DCRA moved to dismiss the pending matter associated with Plaintiff's Notice of Infraction No. I7DD924. The basis for the dismissal, as indicated on the Summary Motion for Dismissal of Charges, is that Building Permit B472074 is valid.

5. When OAH grants the Summary Motion for Dismissal of Charges, the Plaintiff's request for injunctive relief will be moot. The Parties have not reached agreement on the issue of damages.

                      Respectfully Submitted,

Dated: June 27, 2008        /s/ Deanna J. Chang
                                  DEANNA J. CHANG
                                  DC Bar No. 458381
                                  1315 Irving St. NW
                                  Washington, DC 20010
                                  202.486.3221
                                  Email: morleymash@yahoo.com
                                  PRO SE PLAINTIFF

                                  and

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Ellen A. Efros
ELLEN A. EFROS [250746]
Chief, Equity I

/s/ Chad Copeland
CHAD COPELAND[1]
Assistant Attorney General
441 Fourth Street, N.W.
Suite 600 South
Washington, D.C. 20001
(202) 724-6623 (telephone)
(202) 727-0431 (fax)
chad.copeland@dc.gov
COUNSEL FOR DEFENDANTS

---

[1] DC Bar Application pending. Member of Texas Bar in good standing. Authorized by the Office of the Attorney General for the District of Columbia to provide legal services pursuant to Rules of the United States District Court for the District of Columbia Local Rules 83.2(d) and 83.2(e).