UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Deanna J. Chang<br><br>Plaintiff<br><br>v.<br><br>District of Columbia Department of Consumer and Regulatory Affairs, et al.<br><br>Defendant(s) | )<br>)<br>)<br>)<br>) Case No.: 1:08-cv-00871<br>)<br>)<br>)<br>)<br>) |

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Wesley Jennings, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Summons, Complaint and Exhibits 1-7

SERVE TO: District of Columbia Department of Consumer and Regulatory Affairs c/o Office of the Attorney General
SERVICE ADDRESS: 441 4th Street, NW, Suite 600 South, Washington, DC 20001

DATE SERVED: July 18, 2008   TIME SERVED: 11:30 AM
PERSON SERVED: Darlene Fields, Staff Assistant, authorized to accept.

Described herein:
Gender: Female    Race/Skin: Black    Hair: Black    Age: 42    Height: 5'8"    Weight: 150

COMMENTS:

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

7-18-06
Executed on:

Wesley Jennings
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-005315                                                                                                      Client Reference: N/A