UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Deanna J. Chang            )
                           )
                           )
                           )
        Plaintiff          )
                           )   Case No.: 1:08-cv-00871
    v.                     )
                           )
District of Columbia Department of Consumer and   )
Regulatory Affairs, et al. )
                           )
        Defendant(s)       )

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, Melvin M. Shapiro, a Private Process Server, being duly sworn, depose and say, I have been duly authorized to make service of the documents listed herein in the above entitled case, I am over the age of eighteen years and am not a party to or otherwise interested in this matter.

DOCUMENT(S) SERVED: Summons, Notice of Right to Consent to Trial Before United States Magistrate Judge, Complaint, Initial Electronic Case Filing Order and Exhibits 1-7

SERVE TO: Linda K. Argo c/o Chad Copeland
SERVICE ADDRESS: 441 4th Street, NW, Suite 600 South, Washington, DC

DATE SERVED: July 21, 2008   TIME SERVED: 12:15 PM
PERSON SERVED: Chad Copeland, authorized to accept.

Described herein:
Gender: Male   Race/Skin: White   Hair: Black   Age: 37   Height: 5'10"   Weight: 180

COMMENTS:

I declare under penalty of perjury that I have read the foregoing information contained in the Affidavit of Service and that the facts stated in it are true and correct.

7-22-08
Executed on:

Melvin M. Shapiro
CAPITOL PROCESS SERVICES, INC.
1827 18th Street, NW
Washington, DC 20009-5526
(202) 667-0050

ID: 08-005313                                                                 Client Reference: N/A